IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

ERNEST SEAGRAVES,

        Plaintiff,

v.                                    CIVIL ACTION NO.   3:13-23466

EXECUTIVE, LEGISLATIVE, AND
JUDICIAL BRANCHES OF THE FEDERAL,
STATE, AND LOCAL GOVERNMENT;
BARACK OBAMA, United States President;
UNITED STATES SENATE;
UNITED STATES HOUSE OF REPRESENTATIVES;
and the HIDDEN PLUTOCRACY OR SECRET
SOCIETIES AND GROUPS IN THE UNITED STATES,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that Plaintiff's Motion to Proceed Without Prepayment of Fees and Affidavit (ECF No. 2) be denied; and Plaintiff's Petition (ECF No. 1) be dismissed, with prejudice, and removed from the docket of this Court.  Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** that Plaintiff's Motion to Proceed Without Prepayment of Fees and Affidavit (ECF No. 2) be **DENIED**; and Plaintiff's Petition (ECF No. 1) be

**DISMISSED**, **with prejudice**, and **removed** from the docket of this Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:	May 6, 2014

_____
ROBERT C. CHAMBERS, CHIEF JUDGE